**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **BIKALPA MAN SINGH #A203-411-351** | **CASE NO. 1:26-CV-01771 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN GARCIA** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, considering the objections thereto, and determining after a de novo review that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 21st day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**